**KEVIN H. KONO**, OSB #023528
kevinkono@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

**FREDERICK B. BURNSIDE**, OSB #096617
fredburnside@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Telephone: (206) 757-8016
Facsimile: (206) 757-7016

Attorneys for Defendant One West Bank, FSB

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| **MARTHA R. YOUNG,** | Case No. 3:10-CV-830-MO |
| **PLAINTIFF,** | **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| **ONE WEST BANK, FSB,** | |
| **DEFENDANT.** | |

Pursuant to Federal Rule of Civil Procedure 41, plaintiff Martha R. Young and defendant

One West Bank, FSB, hereby stipulate to and move for the dismissal of all of plaintiff's claims

with prejudice and without fees or costs to any party.

**HOPE DEL CARLO**                    **DAVIS WRIGHT TREMAINE LLP**

By:  ___s/Hope Del Carlo_____          By:  ___s/Kevin H. Kono_____
    Hope Del Carlo, OSB# 002410              Kevin H. Kono, OSB# 023528
    Of Attorneys for Plaintiff              Frederick B. Burnside, OSB#096617
                      Of Attorneys for Defendant

DATED: August 21, 2013                DATED: August 21, 2013


IT IS SO ORDERED:

       DATED this _26_ day of _Aug._____, 2013.

                                _____
                HONORABLE JUDGE MICHAEL MOSMAN

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue · Suite 2400
Portland, Oregon 97201 · (503) 241-2300
DWT 22364864v1 0092420-000001